Robert Frank **SANCHEZ**, Petitioner—
Appellant,

v.

Anthony A. **LAMARQUE**,
Respondent—
Appellee.

No. 04–17140.

United States Court of Appeals,
Ninth Circuit.

of this circuit except as provided by Ninth Circuit Rule 36–3.

Submitted Dec. 5, 2005.*

Decided Dec. 14, 2005.

Walter K. Pyle, Esq., Berkeley, CA, for Petitioner–Appellant.

Pamela K. Critchfield, Esq., Office of the Attorney General,San Francisco, CA, for Respondent–Appellee.

Before GOODWIN, W. FLETCHER and FISHER, Circuit Judges.

## MEMORANDUM **

California state prisoner Robert Frank Sanchez appeals from the district court's denial of his 28 U.S.C. § 2254 petition challenging his guilty plea conviction for possession of methamphetamine and being under the influence of a controlled substance.

Sanchez contends that his guilty plea was not knowingly and voluntarily made because he relied upon the trial court's misstatement that he would be eligible to earn up to a 20% reduction in his sentence in good time credits. This issue was not exhausted in state court proceedings, and it is unclear from the record whether the state expressly waived the exhaustion requirement. See 28 U.S.C. § 2254(b)(3). In addition, subsequent to the district court's order denying relief, this court issued its decision in *Cassett v. Stewart*, 406 F.3d 614 (9th Cir.2005), which establishes the appropriate standard of review of unexhausted claims under the AEDPA. See *id.* at 623–24.

Accordingly, we vacate and remand the district court's order for further proceedings on petitioner's unexhausted claim consistent with the holding in *Cassett*. See *id.* at 624–25.

**VACATED AND REMANDED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.